THE STATE OF OHIO, APPELLANT, v. YORK, APPELLEE.

[Cite as State v. York, 99 Ohio St.3d 136, 2003-Ohio-2768.]

(No. 2002–0767—Submitted May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Fisher*, 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222, and the cause is remanded to the court of appeals to consider the defendant's remaining assignments of error.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

Ken Egbert Jr., Seneca County Prosecuting Attorney, for appellant.